# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

GWENDOLYN ELIZABETH  )
HARRI JOHNSON,  )
  )
    Claimant,  )
  )
v.  )  Case No. CV413-031
  )
MICHAEL J. ASTRUE,  )
*Commissioner of Social Security*,  )
  )
    Defendant.  )

## **REPORT AND RECOMMENDATION**

Gwendolyn Elizabeth Harri Johnson has filed a complaint asking the Court to review the denial of her social security disability claim. Doc. 1. She also seeks leave to proceed *in forma pauperis* ("IFP"). Doc. 2. After reviewing claimant's application, it appears that she lacks sufficient resources to pay the $350 filing fee. The Court therefore **GRANTS** her leave to proceed *in forma pauperis*.

Additionally, she is entitled to have service effected by the U.S. Marshal. *See* Fed. R. Civ. P. 4(c)(3); *Fowler v. Jones*, 899 F.2d 1088, 1094 (11th Cir. 1990). Accordingly, the Clerk is **DIRECTED** forward a copy of Johnson's complaint and this Order to the Marshal for service upon Michael J. Astrue, Commissioner of the Social Security

Administration. Service shall be effected in compliance with Rule 4(i)(2) of the Federal Rules of Civil Procedure.

**SO REPORTED AND RECOMMENDED** this /3^TH day of February, 2013.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA