# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

GWENDOLYN ELIZABETH )
HARRI JOHNSON, )
    Claimant, )
v. )   Case No. CV413-031
)
MICHAEL J. ASTRUE, )
*Commissioner of Social Security*, )
    Defendant. )

## ORDER

Let a copy of this Report and Recommendation be served upon claimant and counsel for defendant. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than February 27, 2013. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable William T. Moore, Jr., United States District Judge, on February 28, 2013. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this  13th  day of February, 2013.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA