IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GWENDOLYN E.H. JOHNSON,  )
                                     )
    Plaintiff,              )
                                     )
v.                                   )    CASE NO. CV413-031
                                     )
CAROLYN W. COLVIN, Acting  )
Commissioner of the Social )
Security Administration,   )
                                     )
    Defendant.            )
                                     )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 20), to which objections have been filed (Doc. 23). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **28th** day of March 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA