# United States District Court
## Southern District of Georgia

Gwendolyn E.H. Johnson

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-31

Carolyn W. Colvin, Acting Commissioner of the Social Security Administration

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 28, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court. Plaintiff's appeal is denied. This action stands closed.

| March 28, 2014 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk